UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TIKILIA METEYE,

    Plaintiff,

v.                                               Case No. 8:23-cv-847-KKM-SPF

EQUIFAX INFORMATION SERVICES, LLC,

    Defendant.
_____

## ORDER

    The parties have notified the Court that they have settled this case. *See* Notice of Settlement (Doc. 13). Accordingly, the Court orders that this case is **dismissed without prejudice**. *See* Local Rule 3.09(b). Within **30 days** of this order, the parties may submit a stipulated judgment or move to reopen the action. *See id.*; FED. R. CIV. P. 59(e), 60(b). After that 30-day period, dismissal shall be **with prejudice**. The Clerk is directed to terminate any pending motions and deadlines and to close this case.

    **ORDERED** in Tampa, Florida, on May 1, 2023.

*/s/ Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge